UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

: 

ABETH HASHIMI                                        :

:

                                    Plaintiff,       :

:                          19-cv-10177 (LJL)

            -v-                                      :

:                          ORDER

NESSFOOD 304 LLC, et al.                             :

:

                                    Defendant.       :

:

------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/22/2020__
```

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in this case. (Dkt.

No. 12.) Accordingly, it is hereby ORDERED that this action is DISMISSED WITH

PREJUDICE. The parties may reopen the case, provided the application to restore the action to

the Court's calendar is made within thirty (30) days of this Order. Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

    SO ORDERED.

Dated:  July 22, 2020                    _____
        New York, New York                          LEWIS J. LIMAN
                                                United States District Judge